1  Richard A. Brody, Esq. (SBN 100379)
   Cecil B. Crain, Esq. (SBN 252780)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

6
7                       UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA

9
10 | MYRTES FAYE KOLLAR, individually; and       | Case No. C 09-05106 JSC
   | DIANNE L. CARON and LINDA A. HEATH,         |
11 | individually and as Co-Trustees of the Kollar| STIPLULATION CONTINUING CASE
   | Family Trust Dated May 9, 2002,             | MANAGEMENT CONFERENCE AND
12 |                                             | [PROPOSED] ORDER
13 |         Plaintiffs,                         | Magistrate Judge: Hon. Joseph C. Spero
   | v.                                          |
14 |                                             | Date:  Friday, February 5, 2010
   | ALLIED PACKING AND SUPPLY CO.,              | Time:  1:30 p.m.
15 | INC., et al.,                               | Place: Courtroom A, 15th Floor
16 |         Defendants.                         |

17       IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through
18  their respective counsel of record:
19       1.   The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30
20  p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.
21       2.   This Stipulation may be signed in counterparts and a facsimile signature shall
22  constitute an original.

23  DATED: January 15, 2010                      **BRENT COON & ASSOCIATES**
24
25                                               By: _____
26                                                   RICHARD A. BRODY
                                                     CECIL B. CRAIN
27                                                   Attorneys for Plaintiffs
28
                                                 1

| *Kollar, et al. v. A.W. Chesterton Company, et al.* | STIPULATION CONTINUING |
| Case No. C 09-05106 JCS                             | CASE MANAGEMENT CONFERENCE; |
|                                                     | [PROPOSED] ORDER |

DATED: January ___, 2010          McKeena Long & Aldridge

                                  By: _____
                                  Attorneys for Defendant Metalclad
                                  Insulation Corporation


DATED: January /5, 2010           Cooley Manion Jones Hake & Kurowski

                                  By: _____
                                  Attorneys for Defendants A.W.
                                  Chesterton Company; American Biltrite, Inc.,


DATED: January ___, 2010          DeHay & Elliston LLP

                                  By: _____
                                  Attorneys for Defendant Alfa Laval, Inc.


DATED January ___, 2010

                                  _____
                                  Hon. Joseph C. Spero
                                  Magistrate Judge

2

| Kollar, et al. v. A.W. Chesterton Company, et al.<br>Case No. C 09-05106 JCS | STIPULATION CONTINUING<br>CASE MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER |
|---|---|

```
 1
 2    DATED: January 15, 2010        McKeena Long & Aldridge
 3
 4                                   By: _____
 5                                   Attorneys for Defendant Metalclad
                                     Insulation Corporation
 6
 7
 8
      DATED: January ___, 2010       Cooley Manion Jones Hake & Kurowski
 9
10
                                     By: _____
11                                   Attorneys for Defendants A.W.
                                     Chesterton Company; American Biltrite, Inc.,
12
13
14
      DATED: January ___, 2010       DeHay & Elliston LLP
15
16
                                     By: _____
17                                   Attorneys for Defendant Alfa Laval, Inc.
18
19
20    DATED January 19, 2010
21
22                                   _____
                                     Hon. Joseph C. Spero
23                                   Magistrate [Judge]
24
25
26
27
28
```

                                    2

Kollar, et al. v. A.W. Chesterton Company, et al.
Case No. C 09-05106 JCS

STIPLULATION CONTINUING
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

*Kollar, et al. v. Allied Packing & Supply, Inc., et al.*

United States District Court—Northern District of California Case No. CV-09-5106 JCS

### CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**STIPULATOIN CONTINUING CASE MANAGEMENT CONFERNCE AND [PROPOSED] ORDER**

[XX]   **BY FACSIMILE:** I caused the said document to be transmitted by facsimile transmission to the number indicated after the address(es) listed below or on the attachment herein.

**MCKENNA LONG & ALDRIDGE**
**101 California Street, 41st Floor**
**San Francisco, CA 94111**

**COOLEY MANION JONES HAKE & KUROSKI**
**201 Spear St., Suite 1800**
**San Francisco, CA 94105**

**DEHAY & ELLISTON LLP**
**800 West 6th Street, Suite 788**
**Los Angeles, CA 90017**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: January 15, 2009

_____
Alex E. Drake

1

*Kollar, et al. v. Allied Packing, et al.*
Case No. CGC-08-274794
Case No. CV-09-5106 JCS

CERTIFICATE OF SERVICE

\*\* Transmit Confirmation Report \*\*

P.1
BRENT COON & ASSOC    Fax:415-489-7426    Jan 15 2010 11:46am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 14155126791 | Normal | 15, 11:46am | 0'30" | 3 | # O K | |

```
 1  Richard A. Brody, Esq. (SBN 100379)
    Cecil B. Crain, Esq. (SBN 252780)
 2  BRENT COON & ASSOCIATES
    44 Montgomery Street, Suite 800
 3  San Francisco, CA 94104
    Telephone: 415.489.7420
 4  Facsimile: 415.489.7426

 5  Attorneys for Plaintiffs

 6
 7              UNITED STATES DISTRICT COURT
 8              NORTHERN DISTRICT OF CALIFORNIA
 9
10  MYRTES FAYE KOLLAR, individually; and    Case No. C 09-05106 JSC
    DIANNE L. CARON and LINDA A. HEATH,
11  individually and as Co-Trustees of the Kollar   STIPLULATION CONTINUING CASE
    Family Trust Dated May 9, 2002,               MANAGEMENT CONFERENCE AND
12                                                [PROPOSED] ORDER
          Plaintiffs,
13                                                Magistrate Judge: Hon. Joseph C. Spero
    v.
14                                                Date:  Friday, February 5, 2010
    ALLIED PACKING AND SUPPLY CO.,               Time:  1:30 p.m.
15  INC., et al.,                                 Place: Courtroom A, 15th Floor
16        Defendants.
```

17    IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through
18 their respective counsel of record:
19    1. The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30
20 p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.
21    2. This Stipulation may be signed in counterparts and a facsimile signature shall
22 constitute an original.

23 DATED: January 15, 2010        BRENT COON & ASSOCIATES

                                  By: _____
                                      RICHARD A. BRODY
                                      CECIL B. CRAIN
                                      Attorneys for Plaintiffs

## ** Transmit Confirmation Report **

P.1  
BRENT COON & ASSOC    Fax:415-489-7426    Jan 15 2010 11:24am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 5126791 | Normal | 15, 11:23am | 0'31" | 3 | # O K | |

---

1  Richard A. Brody, Esq. (SBN 100379)  
   Cecil B. Crain, Esq. (SBN 252780)  
2  BRENT COON & ASSOCIATES  
   44 Montgomery Street, Suite 800  
3  San Francisco, CA 94104  
   Telephone: 415.489.7420  
4  Facsimile: 415.489.7426  

5  Attorneys for Plaintiffs

7                    UNITED STATES DISTRICT COURT  
8                   NORTHERN DISTRICT OF CALIFORNIA

10  MYRTES FAYE KOLLAR, individually; and         Case No. C 09-05106 JSC
    DIANNE L. CARON and LINDA A. HEATH,
11  individually and as Co-Trustees of the Kollar   **STIPLULATION CONTINUING CASE
    Family Trust Dated May 9, 2002,                MANAGEMENT CONFERENCE AND
12                                                  [PROPOSED] ORDER**
           Plaintiffs,
13                                                 Magistrate Judge: Hon. Joseph C. Spero
    v.
14                                                 Date:    Friday, February 5, 2010
    ALLIED PACKING AND SUPPLY CO.,                 Time:    1:30 p.m.
15  INC., et al.,                                  Place:   Courtroom A, 15th Floor

16         Defendants.

17        IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through
18  their respective counsel of record:
19        1.   The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30
20  p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.
21        2.   This Stipulation may be signed in counterparts and a facsimile signature shall
22  constitute an original.

24  DATED: January /5, 2010          **BRENT COON & ASSOCIATES**

                                    By: _____
                                        RICHARD A. BRODY
                                        CECIL B. CRAIN
                                        Attorneys for Plaintiffs

                                    1

*Kollar, et al. v. A.W. Chesterton Company, et al.*         STIPLULATION CONTINUING
Case No. C 09-05106 JCS                                    CASE MANAGEMENT CONFERENCE;
                                                           [PROPOSED] ORDER

## ** Transmit Confirmation Report **

P.1
BRENT COON & ASSOC        Fax:415-489-7426              Jan 15 2010 11:25am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 12132712730 | Normal | 15,11:24am | 1'02" | 3 | # O K | |

1  Richard A. Brody, Esq. (SBN 100379)
   Cecil B. Crain, Esq. (SBN 252780)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile:  415.489.7426

5  Attorneys for Plaintiffs

6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10  MYRTES FAYE KOLLAR, individually; and        Case No. C 09-05106 JSC
    DIANNE L. CARON and LINDA A. HEATH,
11  individually and as Co-Trustees of the Kollar   STIPLULATION CONTINUING CASE
    Family Trust Dated May 9, 2002,                MANAGEMENT CONFERENCE AND
12                                                 [PROPOSED] ORDER
           Plaintiffs,
13                                                 Magistrate Judge: Hon. Joseph C. Spero
    v.
14                                                 Date:   Friday, February 5, 2010
    ALLIED PACKING AND SUPPLY CO.,                 Time:   1:30 p.m.
15  INC., et al.,                                  Place:  Courtroom A, 15th Floor

16         Defendants.

17         IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through

18  their respective counsel of record:

19         1.     The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30

20  p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.

21         2.     This Stipulation may be signed in counterparts and a facsimile signature shall

22  constitute an original.

23
    DATED: January 15, 2010             BRENT COON & ASSOCIATES
24

25                                      By: _____
26                                          RICHARD A. BRODY
                                            CECIL B. CRAIN
27                                          Attorneys for Plaintiffs

28                                          1

| Kollar, et al. v. A.W. Chesterton Company, et al. | STIPULATION CONTINUING |
| Case No. C 09-05106 JCS | CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |