Richard A. Brody, Esq. (SBN 100379)
Cecil B. Crain, Esq. (SBN 252780)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: 415.489.7420
Facsimile:  415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTES FAYE KOLLAR, individually; and DIANNE L. CARON and LINDA A. HEATH, individually and as Co-Trustees of the Kollar Family Trust Dated May 9, 2002,<br><br>　　　　Plaintiffs,<br>v.<br><br>ALLIED PACKING AND SUPPLY CO., INC., et al.,<br><br>　　　　Defendants. | Case No. C 09-05106 JSC<br><br>**STIPLULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge: Hon. Joseph C. Spero<br><br>Date:　　Friday, February 5, 2010<br>Time:　　1:30 p.m.<br>Place:　　Courtroom A, 15th Floor |

　　　　IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through their respective counsel of record:

　　　　1.　　The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30 p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.

　　　　2.　　This Stipulation may be signed in counterparts and a facsimile signature shall constitute an original.

DATED: January 15, 2010　　　　　　　　　　**BRENT COON & ASSOCIATES**

　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Richard A. Brody_
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD A. BRODY
　　　　　　　　　　　　　　　　　　　　　　　　CECIL B. CRAIN
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

1

Kollar, et al. v. A.W. Chesterton Company, et al.
Case No. C 09-05106 JCS

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

```
 1
 2   DATED: January ___, 2010          McKenna Long & Aldridge
 3
 4                                      By: _____
 5                                          Attorneys for Defendant Metalclad
                                            Insulation Corporation
 6
 7
 8
 9   DATED: January 15, 2010           Cooley Manion Jones Hake & Kurowski
10
                                        By: _____
11                                          Attorneys for Defendants A.W.
                                            Chesterton Company; American Biltrite, Inc.,
12
13
14
15   DATED: January ___, 2010          DeHay & Elliston LLP
16
                                        By: _____
17                                          Attorneys for Defendant Alfa Laval, Inc.
18
19
20
21   DATED January ___, 2010
22                                      _____
                                        Hon. Joseph C. Spero
23                                      Magistrate Judge
24
25
26
27
28
```

2

| Kollar, et al. v. A.W. Chesterton Company, et al.<br>Case No. C 09-05106 JCS | STIPULATION CONTINUING<br>CASE MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER |
|---|---|

```
 1
 2    DATED: January 15, 2010              McKenna Long & Aldridge
 3
 4                                         By: _____
 5                                             Attorneys for Defendant Metalclad
                                               Insulation Corporation
 6
 7
 8
      DATED: January ___, 2010             Cooley Manion Jones Hake & Kurowski
 9
10
11                                         By: _____
                                               Attorneys for Defendants A.W.
12                                             Chesterton Company; American Biltrite, Inc.,
13
14
      DATED: January ___, 2010             DeHay & Elliston LLP
15
16
17                                         By: _____
                                               Attorneys for Defendant Alfa Laval, Inc.
18
19
20    DATED January 19, 2010
21
22                                         _____
                                           Hon. Joseph C. Spero
23                                         Magistrate Judge
24
25
26
27
28
                                            2
     Kollar, et al. v. A.W. Chesterton Company, et al.        STIPULATION CONTINUING
     Case No. C 09-05106 JCS                                  CASE MANAGEMENT CONFERENCE;
                                                              [PROPOSED] ORDER
```

*Kollar, et al. v. Allied Packing & Supply, Inc., et al.*

United States District Court—Northern District of California Case No. CV-09-5106 JCS

### CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**STIPULATOIN CONTINUING CASE MANAGEMENT CONFERNCE AND [PROPOSED] ORDER**

[XX]  **BY FACSIMILE:** I caused the said document to be transmitted by facsimile transmission to the number indicated after the address(es) listed below or on the attachment herein.

**MCKENNA LONG & ALDRIDGE**
101 California Street, 41st Floor
San Francisco, CA 94111

**COOLEY MANION JONES HAKE & KUROSKI**
201 Spear St., Suite 1800
San Francisco, CA 94105

**DEHAY & ELLISTON LLP**
800 West 6th Street, Suite 788
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: January 15, 2009

Alex E. Drake

---

1

*Kollar, et al. v. Allied Packing, et al.*
Case No. CGC-08-274794
Case No. CV-09-5106 JCS

CERTIFICATE OF SERVICE

## ** Transmit Confirmation Report **

P.1
BRENT COON & ASSOC    Fax:415-489-7426              Jan 15 2010 11:46am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 14155126791 | Normal | 15,11:46am | 0'30" | 3 | # O K | |

---

1  Richard A. Brody, Esq. (SBN 100379)
   Cecil B. Crain, Esq. (SBN 252780)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10 MYRTES FAYE KOLLAR, individually; and       Case No. C 09-05106 JSC
   DIANNE L. CARON and LINDA A. HEATH,
11 individually and as Co-Trustees of the Kollar  STIPLULATION CONTINUING CASE
   Family Trust Dated May 9, 2002,               MANAGEMENT CONFERENCE AND
12                                                [PROPOSED] ORDER
          Plaintiffs,
13                                               Magistrate Judge: Hon. Joseph C. Spero
   v.
14                                               Date:   Friday, February 5, 2010
   ALLIED PACKING AND SUPPLY CO.,                Time:   1:30 p.m.
15 INC., et al.,                                 Place:  Courtroom A, 15th Floor

16        Defendants.

17        IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through

18 their respective counsel of record:

19        1.     The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30

20 p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.

21        2.     This Stipulation may be signed in counterparts and a facsimile signature shall

22 constitute an original.

23
   DATED: January 15, 2010              BRENT COON & ASSOCIATES
24

25
                                        By: _____
26                                          RICHARD A. BRODY
                                            CECIL B. CRAIN
27                                          Attorneys for Plaintiffs

28
                                             1
   *Kollar, et al. v. A.W. Chesterton Company, et al.*
   Case No. C 09-05106 JCS                           STIPLULATION CONTINUING
                                                     CASE MANAGEMENT CONFERENCE;
                                                     [PROPOSED] ORDER

** Transmit Confirmation Report **

P.1  
BRENT COON & ASSOC    Fax:415-489-7426    Jan 15 2010 11:24am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 5126791 | Normal | 15, 11:23am | 0'31" | 3 | # O K | |

Richard A. Brody, Esq. (SBN 100379)
Cecil B. Crain, Esq. (SBN 252780)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTES FAYE KOLLAR, individually; and DIANNE L. CARON and LINDA A. HEATH, individually and as Co-Trustees of the Kollar Family Trust Dated May 9, 2002,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PACKING AND SUPPLY CO., INC., et al.,<br><br>Defendants. | Case No. C 09-05106 JSC<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Magistrate Judge: Hon. Joseph C. Spero<br><br>Date:  Friday, February 5, 2010<br>Time:  1:30 p.m.<br>Place: Courtroom A, 15th Floor |

IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through their respective counsel of record:

   1.   The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30 p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.

   2.   This Stipulation may be signed in counterparts and a facsimile signature shall constitute an original.

DATED: January 15, 2010       **BRENT COON & ASSOCIATES**

                              By: _____
                                  RICHARD A. BRODY
                                  CECIL B. CRAIN
                                  Attorneys for Plaintiffs

---

*Kollar, et al. v. A.W. Chesterton Company, et al.*
Case No. C 09-05106 JCS

1

STIPULATION CONTINUING
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

## ** Transmit Confirmation Report **

P.1
BRENT COON & ASSOC   Fax:415-489-7426         Jan 15 2010 11:25am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 12132712730 | Normal | 15, 11:24am | 1'02" | 3 | # O K | |

```
 1  Richard A. Brody, Esq. (SBN 100379)
    Cecil B. Crain, Esq. (SBN 252780)
 2  BRENT COON & ASSOCIATES
    44 Montgomery Street, Suite 800
 3  San Francisco, CA 94104
    Telephone: 415.489.7420
 4  Facsimile:  415.489.7426

 5  Attorneys for Plaintiffs

 6
                       UNITED STATES DISTRICT COURT
 7
                      NORTHERN DISTRICT OF CALIFORNIA
 8

 9
    MYRTES FAYE KOLLAR, individually; and      Case No. C 09-05106 JSC
10  DIANNE L. CARON and LINDA A. HEATH,
    individually and as Co-Trustees of the Kollar   STIPLULATION CONTINUING CASE
11  Family Trust Dated May 9, 2002,            MANAGEMENT CONFERENCE AND
                                               [PROPOSED] ORDER
12
           Plaintiffs,                         Magistrate Judge: Hon. Joseph C. Spero
13
    v.                                         Date:    Friday, February 5, 2010
14                                             Time:    1:30 p.m.
    ALLIED PACKING AND SUPPLY CO.,             Place:   Courtroom A, 15th Floor
15  INC., et al.,

16         Defendants.

17        IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS, through

18  their respective counsel of record:

19        1.    The Case Management Conference scheduled for Friday, February 5, 2010 at 1:30

20  p.m. in Courtroom A, 15th Floor, is continued to March 5, 2010 at 1:30 p.m.

21        2.    This Stipulation may be signed in counterparts and a facsimile signature shall

22  constitute an original.

23
    DATED: January 15, 2010        BRENT COON & ASSOCIATES
24

25
                                   By: _____
26                                       RICHARD A. BRODY
                                         CECIL B. CRAIN
27                                       Attorneys for Plaintiffs

28                                         1
    Kollar, et al. v. A.W. Chesterton Company, et al.    STIPLULATION CONTINUING
    Case No. C 09-05106 JCS                              CASE MANAGEMENT CONFERENCE;
                                                         [PROPOSED] ORDER
```